**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-03024-CR-S-RED-1 |
| ) | |
| DAN THORNTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court are Defendant's Motion to Suppress Statements (Doc. 66), the Report and Recommendation of United States Magistrate Judge (Doc. 84), and Defendant's objections to the Report and Recommendation (Doc. 85).

Defendant Dan Thornton argues in his motion to suppress and objections to the Report and Recommendation that his statements to officers were coerced by placing Defendant in poor conditions at the jail, and through implied promises about whether federal charges would be filed. On March 5, 2010, United States Magistrate Judge James C. England held a suppression hearing to consider Defendant's motion. On April 8, 2010, Judge England recommended that Defendant's motion be denied. Defendant thereafter filed objections to the Report and Recommendation.

After a careful and independent review of Defendant's motion, the parties' responses and replies, the Report and Recommendation, Defendant's objections, and the applicable law, the Court agrees with the recommendation of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Doc. 84) in

full.  Defendant's objections are **OVERRULED** (Doc. 85), and Defendant Thornton's Motion to Suppress Statements (Doc. 66) is **DENIED**.

    **IT IS SO ORDERED**.

DATED:    May 6, 2010        */s/ Richard E. Dorr*
                                              RICHARD E. DORR, JUDGE
                                              UNITED STATES DISTRICT COURT